UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-four,

Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, individually and on behalf of others similarly situated,

    Plaintiffs - Appellees,

Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester,

    Consolidated-Plaintiffs-Appellees,

Julian Sancton,

    Consolidated-Plaintiff-Interested-Party-
    Appellee,

Nicholas A. Basbanes, Nicholas Ngagoyeanes, (professionally known as Nicholas Gage) individually and on behalf of all others similarly situated,

    Consolidated-Plaintiffs-Interested-Party,

v.

Microsoft Corporation,

    Defendant-Consolidated-Defendant-
    Appellee,

OpenAI LP,

**ORDER**
Docket No. 24-1007

    Defendant,

OpenAI, Inc., OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC,

    Defendants-Consolidated-Defendants,

v.

Paul Tremblay, Michael Chabon, Ta-Nehisi Coates, Junot Daz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Lippman Laura, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Richard Kadrey,

    Third-Party-Plaintiffs-Appellants.

_____

  Counsel for APPELLANTS has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 26, 2024 as the brief filing date.

  It is HEREBY ORDERED that Appellant's brief must be filed on or before July 26, 2024. The appeal is dismissed effective July 26, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

            For The Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court