# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1007

**Caption [use short title]**

**Motion for:** Motion to Withdraw Appeal

Authors Guild v. Microsoft Corporation

Set forth below precise, complete statement of relief sought:

Third-Party-Plaintiffs-Appellants move to voluntarily withdraw the appeal in this action pursuant to Federal Rule of Appellate Procedure 42(b)(2).

**MOVING PARTY:** Paul Tremblay et al.,
**OPPOSING PARTY:** Microsoft Corporation

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Joseph R. Saveri
**OPPOSING ATTORNEY:** Annette Louise Hurst

[name of attorney, with firm, address, phone number and e-mail]

Joseph R. Saveri, Joseph Saveri Law Firm, LLP
601 California St., Suite 1505, San Francisco, CA 94108
(415) 500-6800, jsaveri@saverilawfirm.com

Annette Louise Hurst, Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street, San Francisco, CA 94105
(415) 773-4585, ahurst@orrick.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Sidney H. Stein

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): All parties listed on the docket as Appellees and Appellants have been notified by email.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
_/s/_ **Date:** 10/3/2024   **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# No. 24-1007

## United States Court of Appeals
### For the
## Second Circuit

_____

Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail, individually and on behalf of others similarly situated,
Plaintiffs-Appellees,

Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Sides Hampton, Eugene Linden, Daniel Okrent, Stacy Schiff, James Shapiro, Jia Tolentino, Simon Winchester,
Consolidated-Plaintiffs-Appellees,

**MOTION TO WITHDRAW APPEAL**

Joseph R. Saveri (CA SBN 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

*Counsel for Third-Party-Plaintiffs-Appellants*

*Caption continued on next page*

Julian Sancton,
Consolidated-Plaintiff-Interested-Party-Appellee,

Nicholas A. Basbanes, Nicholas Ngagoyeanes, (professionally known as Nicholas Gage) individually and on behalf of all others similarly situated,
Consolidated-Plaintiffs-Interested-Party,

v.

Microsoft Corporation,
Defendant-Consolidated-Defendant-Appellee,

OpenAI LP,
Defendant,

OpenAI, Inc., OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC,
Defendants-Consolidated-Defendants,

v.

Paul Tremblay, Michael Chabon, Ta-Nehisi Coates, Junot Daz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Lippman Laura, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Richard Kadrey,
Third-Party-Plaintiffs-Appellants.

_____

On Appeal from the United States District Court
for the Southern District of New York

District Court Docket No. 1:23-cv-8292-SHS

Third-Party-Plaintiffs-Appellants, by and through their undersigned counsel, hereby move to voluntarily withdraw the appeal in the above-captioned case pursuant to Federal Rule of Appellate Procedure 42(b)(2).

Dated:  October 3, 2024     JOSEPH SAVERI LAW FIRM, LLP

By:  /s/ Joseph R. Saveri
Joseph R. Saveri (CA SBN 130064)
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com

*Counsel for Third-Party-Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, I electronically filed and served the Third-Party-Plaintiffs-Appellants' foregoing motion by using this Court's electronic-filing system.

Dated: October 3, 2024 By:    */s/ Joseph R. Saveri*
                                                           Joseph R. Saveri